IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD GODWIN,

        Plaintiff,

    v.

ROGUE VALLEY YOUTH CORRECTIONAL
FACILITY (RVYCF), KEN JERIN,
Superintendent, OREGON YOUTH
AUTHORITY, COLLETTE PETER, Director,
JEAN STRAIGHT, an individual employed
by the OYA, CITY OF GRANTS PASS,
JOHN and JANE DOE

        Defendants.

1:12-cv-00478-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal

1 - ORDER

principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#62). Defendants' motion to for judgment on the pleadings is GRANTED as to Plaintiff's due process and equal protection claims, and DENIED as to Plaintiff's First Amendment Retaliation claim.

IT IS SO ORDERED.

DATED this 12 day of July, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER