IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RONALD GODWIN,

        Plaintiff,

   v.

ROGUE VALLEY YOUTH CORRECTIONAL
FACILITY (RVYCF), KEN JERIN,
Superintendent, OREGON YOUTH
AUTHORITY, COLLETTE PETER, Director,
JEAN STRAIGHT, an individual employed
by the OYA, CITY OF GRANTS PASS,
JOHN and JANE DOE

        Defendants.

1:12-cv-00478-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#98), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff

1 - ORDER

filed objections (#104) and the State Defendants have responded to those objections (#105) and I have reviewed the file of this case de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter de novo review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#98). Plaintiff's Motion for Summary Judgment (#87) is DENIED. Grants Pass' Motion for Summary Judgment (#73) is GRANTED.

State Defendants' Motion for Summary Judgment (#70) is DENIED as to Defendants' motion to dismiss Plaintiff's claims against Defendants Ken Jerin and Jean Straight and GRANTED as to Plaintiff's First Amendment claims. As Judge Clarke explained in his Order Regarding Letter (#101), summary judgment in favor of State Defendants on Plaintiff's First Amendment claims results in the dismissal of all claims against Defendants Jerin and Straight.

IT IS SO ORDERED.

DATED this 20 day of December, 2013.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER